

Dated: 10/27/2014

1  GEORGE G. WEICKHARDT (SBN 58586)
   WENDY C. KROG (SBN 257010)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   150 Spear Street, Suite 850
3  San Francisco, CA  94105
   Telephone:    (415) 543-4800
4  Facsimile:    (415) 972-6301
   Email:         george.weickhardt@rmkb.com
5                 wendy.krog@rmkb.com

6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A., erroneously
7  sued as JPMorgan Chase Bank

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIANA CAMACHO,<br><br>           Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK and DOES 1-20, inclusive,<br><br>           Defendant. | CASE NO.  5:14-cv-04048-EJD<br><br>**SECOND STIPULATION TO EXTEND DATE FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to a request by Defendant JPMORGAN CHASE BANK, N.A. ("Chase"), Plaintiff LILIANA CAMACHO agrees to stipulate to extend the time in which Defendant Chase has to respond to Plaintiff's complaint by fourteen day so that Chase's counsel may have sufficient time to familiarize itself with the law and facts of this case. Chase's response to the complaint is currently due on October 28, 2014. One previous extension of twenty-eight days has been granted.

If Chase files a motion in response to the complaint, it agrees to clear the timing of the hearing in advance with Plaintiff's counsel.

The parties therefore stipulate and agree that Defendant Chase's response to Plaintiff's complaint is now due on November 11, 2014. Defendant Chase has not waived any objection to

the venue or to the jurisdiction of the court over the person of the defendant, or any other challenge to the complaint or other pleadings in this case.

Dated: October 24, 2014      ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ George G. Weickhardt
GEORGE G. WEICKHARDT
WENDY C. KROG
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.,
erroneously sued as JPMorgan Chase Bank

Dated: October 24, 2014      SPELLBERG LAW OFFICES

By: /s/ Geoffrey Spellberg
GEOFFREY SPELLBERG
Attorneys for Plaintiff
LILIANA CAMACHO

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

RC1/7640090.1/DJ2

- 2 -

STIP. TO EXTEND DATE FOR DEF. JPMORGAN
CHASE BANK, N.A. TO RESPOND TO COMP.
5:14-CV-04048-PSG